Erica Maharg (Bar No. 279396)
Nicole C. Sasaki (Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: erica@baykeeper.org
Email: nicole@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>S.O.S. STEEL COMPANY, INC.,<br><br>                    Defendant. | Civil No. 5:19-cv-01201-SVK<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [PROPOSED] ORDER<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Honorable Susan van Keulen |

Plaintiff San Francisco Baykeeper ("Plaintiff") respectfully submits this request as follows:

WHEREAS, on March 5, 2019, Plaintiff filed the above-entitled action (Dkt. 1);

WHEREAS, on April 22, 2019, Plaintiff transmitted to Defendant a Request for Waiver of the Service of Summons, and filed the returned and executed Waiver of the Service of Summons on May 7, 2019 (Dkt. 5);

WHEREAS, the Court's Order Setting Initial Case Management Conference and ADR Deadlines ("Scheduling Order") set the Initial Case Management Conference in this matter for June 4, 2019 at 9:30 a.m. (Dkt. 3);

WHEREAS, the Scheduling Order requires the Parties to meet and confer regarding the initial disclosures, early settlement, ADR process selection and discovery plan; and to file an ADR Certification by May 14, 2019 (Dkt. 3);

WHEREAS, the Scheduling Order requires the Parties to file their Rule 26(f) Report, complete initial disclosures or state objections to Rule 26(f) Report, and file a Case Management Statement by May 28, 2019 (Dkt. 3);

WHEREAS, the Scheduling Order states that if the Initial Case Management Conference is continued, the other deadlines are continued accordingly (Dkt. 3);

WHEREAS, the Plaintiff desires to continue informal negotiations in good faith, and anticipates reaching a final settlement in this action within the next three (3) weeks.

NOW, THEREFORE, PLAINTIFF REQUESTS AS FOLLOWS:

1. The Case Management Conference shall be continued to June 26, 2019, at 9:30 a.m., or at such later date that is convenient for the Court, in order to give the Parties a chance to complete settlement negotiations without involving the resources of the Court.

2. The Parties' ADR certifications and stipulations to ADR process shall be due no later than 21 days in advance of the Case Management Conference.

3. The Parties' Rule 26(f) Report and Case Management Statement shall be due no later than 7 days in advance of the Case Management Conference.

4. The Parties' initial disclosures or objections to Rule 26(f) Report shall be due no later than 7 days in advance of the Case Management Conference.

WHEREFORE, Plaintiff respectfully requests the Court to approve and enter the Proposed Order below.

DATE: May 14, 2019                                Respectfully Submitted,

By:     /s/ Nicole C. Sasaki
        _____
        NICOLE C. SASAKI
        Attorney for Plaintiff
        SAN FRANCISCO BAYKEEPER

[PROPOSED] ORDER

GOOD CAUSE APPEARING,

    1.  The Case Management Conference shall be continued to <u>Tuesday, July 2, 2019</u>

       at 9:30 a.m.

    2.  The Parties' ADR certifications and stipulations to ADR process shall be filed no later

       than 21 days in advance of the Case Management Conference.

    3.  The Parties' Rule 26(f) Report and Case Management Statement shall be filed no later

       than 7 days in advance of the Case Management Conference.

    4.  The Parties' initial disclosures or objections to Rule 26(f) Report shall be filed no later

       than 7 days in advance of the Case Management Conference.

IT IS SO ORDERED.

  Date: <u>May 15, 2019</u>               NORTHERN DISTRICT OF CALIFORNIA

Honorable Susan van Keulen
United States District Court